**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OWEN HARTY,**

                **Plaintiff,**

-vs-                                               Case No. 6:10-cv-1312-Orl-31DAB

**STF INVESTMENTS, LLC,**

                **Defendant.**

## ORDER

This matter comes before the Court on the Motion for Summary Judgment (Doc. 32) filed by the Defendant, STF Investments, LLC ("STF Investments") and the response in opposition (Doc. 39) filed by the Plaintiff, Owen Harty ("Harty").[1]

STF Investments owns a hotel known as the Tropical Inn Resort. Harty spent the night at the Tropical Inn Resort in April 2010. Approximately a year later, Harty's counsel sent Gene Mattera to the property to inspect it for compliance with the Americans with Disabilities Act ("ADA"). After viewing Mattera's report regarding his inspection, STF made some alterations to the property, such as restriping parking spaces and relocating sinks and soap dispensers, to make the premises more accessible or otherwise comply with the ADA.

STF now seeks summary judgment on the grounds that it has satisfied the ADA by making all possible "readily achievable" alterations. STF also argues that Harty lacks standing to seek injunctive relief in that he is a professional ADA plaintiff who visited the property solely to

---

[1] STF Investments has not filed a reply to Harty's response.

establish a basis for the suit and has no intention of ever returning. However, a follow-up inspection conducted after the filing of the instant motion provides evidence that barriers to access with readily achievable solutions remain at the property. In addition, although the Court has serious doubts about Harty's standing to pursue these claims, he has filed a sworn statement that he intends to return to the property. Accordingly, as to both issues raised by the Defendant, genuine issues of material fact remain, and summary judgment must be denied.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion for Summary Judgment (Doc. 32) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 13, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party